NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email:    nsantoro@santoronevada.com
              opancheri@santoronevada.com

*Attorneys for Defendant Caesars Entertainment Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANTHONY LAY, | Case No.:  2:20-cv-01748-GMN-VCF |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | **(First Request)** |
| CAESARS ENTERTAINMENT CORPORATION, | |
| Defendants. | |

WHEREAS Plaintiff ROBERT ANTHONY LAY ("***Plaintiff***") filed his Complaint against Defendant CAESARS ENTERTAINMENT CORPORATION ("***Caesars***") on July 20, 2020 in the Circuit Court for Baltimore City, Maryland, Case No. 24C20003055 [ECF No. 2];

WHEREAS Caesars filed a Notice of Removal on September 15, 2020 removing the case to the United States District Court for the District of Maryland, Case No. 1:20-cv-02674-DKC [ECF No. 1];

WHEREAS the parties filed a Joint Motion for Transfer of Action to the United States District Court for the District of Nevada, Northern Division, and Incorporated Memorandum of Law on September 15, 2020 (the "***Joint Motion to Transfer***") [ECF No. 7];

WHEREAS the Joint Motion to Transfer was granted [ECF No. 11] and the case was transfer to the United States District Court for the District of Nevada on September 21, 2020, Case No. 2:20-cv-01748-GMN-VCF [ECF No. 14];

WHEREAS the deadline for Caesars to respond to Plaintiff's Complaint is currently October 12, 2020 [ECF No. 11];

WHEREAS this is the first request for Caesars to respond to Plaintiff's Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the named parties hereto, that the time for Caesars to respond to Plaintiff's Complaint is now extended to **October 26, 2020**.

DATED this 8th day of October, 2020.

**THE VERSTANDIG LAW FIRM, LLC**

*/s/* Maurice Verstandig
MAURICE VERSTANDIG, ESQ.
Nevada Bar No. 15346
1452 W. Horizon Ridge Pkwy, Suite 665
Henderson, Nevada 89012
Tel.: (301) 444-4600 / Fax: (301) 444-4600
Email: mac@mbvesq.com

*Attorneys for Plaintiff Robert Anthony Lay*

DATED this 8th day of October, 2020.

**SANTORO WHITMIRE**

*/s/ Oliver J. Pancheri*
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
        opancheri@santoronevada.com

*Attorneys for Defendant Caesars Entertainment Corporation*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10-9-2020  _____

- 2 -