NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email:   nsantoro@santoronevada.com
          opancheri@santoronevada.com

*Attorneys for Defendant Caesars Holdings, Inc.,
f/k/a Entertainment Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANTHONY LAY,<br><br>              Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>              Defendants. | Case No.: 2:20-cv-01748-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>**(Second Request)** |

   WHEREAS Plaintiff Robert Anthony Lay ("*Plaintiff*") filed his Complaint against Defendant Caesars Entertainment Corporation on July 20, 2020 in the Circuit Court for Baltimore City, Maryland, Case No. 24C20003055 [ECF No. 2];

   WHEREAS Caesars Holdings, Inc. f/k/a Caesars Entertainment Corporation ("*Caesars*") filed a Notice of Removal on September 15, 2020 removing the case to the United States District Court for the District of Maryland, Case No. 1:20-cv-02674-DKC [ECF No. 1];

- 2 -

1   WHEREAS the parties filed a Joint Motion for Transfer of Action to the United States District Court for the District of Nevada, Northern Division, and Incorporated Memorandum of Law on September 15, 2020 (the "***Joint Motion to Transfer***") [ECF No. 7];

WHEREAS the Joint Motion to Transfer was granted [ECF No. 11] and the case was transfer to the United States District Court for the District of Nevada on September 21, 2020, Case No. 2:20-cv-01748-GMN-VCF [ECF No. 14];

WHEREAS the Court granted Caesars' Motion to Substitute Attorney on October 7, 2020 [ECF No. 18];

WHEREAS the Court granted Caesars' Stipulation and Order to Extend Time for Defendant to Respond to the Complaint on October 9, 2020 [ECF Nos. 19, 20];

WHEREAS the deadline for Caesars to respond to Plaintiff's Complaint is currently October 26, 2020 [ECF No. 11];

WHEREAS Caesars requires an additional seven (7) days to file its response to the Complaint given: (1) logistical difficulties encountered by the undersigned counsel for Caesars in communicating with Caesars' representatives arising from remote working arrangements and travel schedules; and (2) conflicts with the undersigned counsel's own schedule;

WHEREAS this is the second request for Caesars to respond to Plaintiff's Complaint and Caesars does not anticipate any additional extensions will be necessary;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the named parties hereto, that the time for Caesars to respond to Plaintiff's Complaint is now extended to **November 2, 2020**.

DATED this 26th day of October, 2020.    DATED this 26th day of October, 2020.

**THE VERSTANDIG LAW FIRM, LLC**    **SANTORO WHITMIRE**

*/s/ Maurice Verstandig*    */s/ Oliver J. Pancheri*
MAURICE VERSTANDIG, ESQ.    NICHOLAS J. SANTORO. ESQ.
Nevada Bar No. 15346    Nevada Bar No. 532
1452 W. Horizon Ridge Pkwy, Suite 665    OLIVER J. PANCHERI, ESQ.
Henderson, Nevada 89012    Nevada Bar No. 7476

- 3 -

Tel.: (301) 444-4600 / Fax: (301) 444-4600
Email: mac@mbvesq.com

*Attorneys for Plaintiff Robert Anthony Lay*

10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
       opancheri@santoronevada.com

*Attorneys for Defendant Caesars Holdings, Inc. f/k/a Caesars Entertainment Corporation*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated:   10-27-2020