NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email:   nsantoro@santoronevada.com
         opancheri@santoronevada.com

*Attorneys for Defendant Caesars Holdings, Inc. f/k/a*
*Caesars Entertainment Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANTHONY LAY, | Case No.:  2:20-cv-01748-GMN-VCF |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO CAESARS' MOTION TO DISMISS  [ECF No. 24]** |
| v. | |
| CAESARS ENTERTAINMENT CORPORATION, | **(FIRST REQUEST)** |
| Defendants. | |

WHEREAS Plaintiff Robert Anthony Lay ("***Plaintiff***") filed his Complaint against Defendant Caesars Entertainment Corporation on July 20, 2020 in the Circuit Court for Baltimore City, Maryland, Case No. 24C20003055 [ECF No. 2];

WHEREAS Defendant Caesars Holdings, Inc. f/k/a Caesars Entertainment Corporation ("***Caesars***") filed a Notice of Removal on September 15, 2020 removing the case to the United States District Court for the District of Maryland, Case No. 1:20-cv-02674-DKC [ECF No. 1];

WHEREAS the parties filed a Joint Motion for Transfer of Action to the United States District Court for the District of Nevada, Northern Division, and Incorporated Memorandum of Law on September 15, 2020 (the "***Joint Motion to Transfer***") [ECF No. 7];

1    WHEREAS the Joint Motion to Transfer was granted [ECF No. 11] and the case was

2  transfer to the United States District Court for the District of Nevada on September 21, 2020, Case

3  No. 2:20-cv-01748-GMN-VCF [ECF No. 14];

4    WHEREAS Caesars' filed its Motion to Dismiss on October 30, 2020 [ECF Nos. 24];

5    WHEREAS the deadline for Plaintiff to respond to Caesars' Motion to Dismiss is currently

6  November 13, 2020;

7    WHEREAS Plaintiff requires an additional three (3) days to file its response to Caesars'

8  Motion to Dismiss due to conflicts with counsel's own schedule;

9    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

10  for the named parties hereto, that the time for Plaintiff to respond to Caesars' Motion to Dismiss

11  is now extended to **November 16, 2020**.

12   DATED this 12th day of November, 2020.      DATED this 12th day of November, 2020.

13  **THE VERSTANDIG LAW FIRM, LLC**        **SANTORO WHITMIRE**

14
    */s/ Maurice Verstandig*                 */s/ Oliver J. Pancheri*
15  MAURICE VERSTANDIG, ESQ.                NICHOLAS J. SANTORO. ESQ.
    Nevada Bar No. 15346                    Nevada Bar No. 532
16  1452 W. Horizon Ridge Pkwy, Suite 665   OLIVER J. PANCHERI, ESQ.
    Henderson, Nevada 89012                 Nevada Bar No. 7476
17  Tel.: (301) 444-4600 / Fax: (301) 444-4600   10100 W. Charleston Blvd., Suite 250
18  Email: mac@mbvesq.com                   Las Vegas, Nevada 89135
                                            Tel.: (702) 948-8771 / Fax: (702) 948-8773
19  *Attorneys for Plaintiff Robert Anthony Lay*   Email: nsantoro@santoronevada.com
                                                   opancheri@santoronevada.com
20

21                                          *Attorneys for Defendant Caesars Holdings,*
                                            *Inc. f/k/a Caesars Entertainment Corporation*
22

23  **IT IS SO ORDERED.**

24  Dated this  13   day of November, 2020

25

26  _____
    Gloria M. Navarro, District Judge
27  UNITED STATES DISTRICT COURT